# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 3, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145387 (154)(155)

STAND UP FOR DEMOCRACY,
      Plaintiff-Appellee,

                                    SC: 145387

v                                    COA: 310047

SECRETARY OF STATE and BOARD OF
STATE CANVASSERS,
      Defendants,
and

CITIZENS FOR FISCAL RESPONSIBILITY,
      Intervenor-Defendant-Appellant.
_____

      On order of the Court, the motion for immediate consideration is GRANTED. The motion to supplement the record is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 3, 2012                                                   
                                            Clerk